**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

Heidi D. Campbell                           **Northern District of Oklahoma**                           Telephone (918) 699-4700
Clerk of Court                              411 UNITED STATES COURTHOUSE                                Fax (918) 699-4756
                                            333 West Fourth Street
                                            Tulsa, Oklahoma 74103-3819

10/6/20255

Brian Scott Green
Law Office of Brian Green
9609 S University Boulevard #630084
Highlands Ranch, CO 80130

IN RE: Case No.: 25-cv-00534-CVE-MTS Zhuliang Ye v. Pamela Bondi, et al.

Dear Counselor:

Since you are an attorney of record in the above-styled case, your attention is brought to our Local Rule LGnR4-3 in regard to resident counsel requirements. A copy of this district's Local Court Rules can be obtained from our public web site at www.oknd.uscourts.gov.

If you have any questions, please feel free to contact this office.

Very truly yours,

Heidi D. Campbell, Clerk of Court

s/D. Ambrosio

By: Denise Ambrosio, Case Administrator

Resident Counsel Requirement Letter                                                              AT-06 (8/2021)